UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| MARTIN ENG LEE, et al.,<br><br>            Plaintiffs,<br><br>    v.<br><br>BYRNES SPECIAL WORKS, LLC,<br><br>            Defendant. | Case No.  24-cv-03629-RFL<br><br>**ORDER TO SHOW CAUSE** |

It has come to the undersigned's attention that, on August 29, 2024, Plaintiffs' counsel in this matter, Reshma Kamath, was disbarred from practicing as an attorney in this District. In the disbarment order, Kamath was ordered to advise any clients she represents in the District of the disbarment, and advise the judges presiding over each case. To date, Kamath has failed to advise the undersigned of her disbarment.

By **November 22, 2024**, Kamath is **ORDERED TO SHOW CAUSE** why she should not be removed as counsel in this matter pursuant to Civil Local Rule 11-1(a). In lieu of a response to this order to show cause, Kamath may file a motion to withdraw by that date that (a) verifies that Kamath complied with the disbarment order's requirement to notify Plaintiffs of her disbarment, (b) provides Plaintiffs' contact information, and (c) certifies that this Order to Show Cause has been served on Plaintiffs.

Plaintiff Pioneer 74 Lots, LLC, may not proceed without an attorney because it is a corporation. *See D-Beam Ltd. P'ship v. Roller Derby Skates, Inc.*, 366 F.3d 972, 973–74 (9th

Cir. 2004); Civ. L.R. 3-9(b).  By **December 20, 2024**, Pioneer 74 Lots is **ORDERED** to have new counsel file a notice of appearance (if Kamath has withdrawn) or a substitution of counsel (if Kamath has not yet withdrawn), or show cause why Pioneer 74 Lots should not be dismissed from the case for failure to prosecute under Federal Rule of Civil Procedure 41(b).

Plaintiff Martin Eng Lee is an individual and may proceed *pro se*, meaning that he may represent himself without an attorney.  By **December 20, 2024**, Plaintiff Lee is **ORDERED** to have new counsel file a notice of appearance (if Kamath has withdrawn) or a substitution of counsel (if Kamath has not yet withdrawn), or to provide a statement that Plaintiff Lee intends to proceed without an attorney.

Also, Plaintiffs' response to the motion to dismiss was due yesterday, November 12, 2024, but no filing was made.  Plaintiffs are further **ORDERED** to either file a response by **December 20, 2024**, or to seek leave to file a late response by that date.

If Plaintiffs do not make the required filings by the deadlines listed above, the case may be dismissed without further notice for failure to prosecute under Federal Rule of Civil Procedure 41(b).

The Clerk shall mail a copy of this Order to Pioneer 74 Lots' corporate agent as listed in the California Secretary of State records (Chris Johnson, 2108 N. St., Ste. C, Sacramento, CA 95816), and to Martin Eng Lee at his address as alleged in the Complaint (953 Lombard Street, San Francisco, CA 94133).

**IT IS SO ORDERED.**

Dated: November 14, 2024

RITA F. LIN
United States District Judge