UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| MARTIN ENG LEE, et al.,<br><br>　　　　Plaintiffs,<br><br>v.<br><br>BYRNES SPECIAL WORKS, LLC,<br><br>　　　　Defendant. | Case No. 24-cv-03629-RFL<br><br>**ORDER**<br>Re: Dkt. No. 23 |

Plaintiffs are **ORDERED** to respond by **December 20, 2024** to the Rule 11 motion for sanctions (Dkt. No. 23) or to seek leave to respond by that date. If Plaintiffs fail to do so, the motion may be granted without further notice and/or the claims could be dismissed with prejudice under Rule 41(b) for failure to prosecute.

Defendant Byrnes Special Works, LLC is required to serve their motion and this order by mail on Plaintiffs Martin Eng Lee and Pioneer 74 Lots, LLC at the addresses listed in the Dkt. No. 22 order.

　　**IT IS SO ORDERED.**

Dated: November 18, 2024

　　　　　　　　　　　　　　　　　　　　　　　　RITA F. LIN
　　　　　　　　　　　　　　　　　　　　　　　　United States District Judge

1