UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| MARTIN ENG LEE, et al.,<br><br>    Plaintiffs,<br><br>v.<br><br>BYRNES SPECIAL WORKS, LLC,<br><br>    Defendant. | Case No. 24-cv-03629-RFL<br><br>**ORDER REMOVING COUNSEL** |

      Having come to the undersigned's attention that Reshma Kamath was disbarred from practicing as an attorney in this District, Kamath was ordered to show cause why she should not be removed as counsel in this matter pursuant to Civil Local Rule 11-1(a) by November 22, 2024. (Dkt. No. 22.) In lieu of a response to the order to show cause, Kamath was permitted to file a motion to withdraw by that date. (*Id.*) The deadline has passed, and to date, Kamath has done neither. Accordingly, the Court removes Kamath as counsel in this matter.

      As a courtesy, the Court reminds Plaintiffs of their forthcoming deadlines, which were previously set in the prior order to show cause. (*Id.*) By **December 20, 2024**, Plaintiff Pioneer 74 Lots, LLC must have new counsel file a notice of appearance, or show cause why Pioneer 74 Lots should not be dismissed from the case for failure to prosecute under Federal Rule of Civil Procedure 41(b). By **December 20, 2024**, Plaintiff Martin Eng Lee must have new counsel file a notice of appearance, or provide a statement that Lee intends to proceed without an attorney. In addition, by **December 20, 2024**, Plaintiffs must respond to the motion to dismiss or seek leave to file a late response by that date. As previously advised, if Plaintiffs do not make the required filings by those deadlines, the case may be dismissed without further notice for failure

to prosecute under Federal Rule of Civil Procedure 41(b).

Plaintiffs are also reminded that, pursuant to the prior order regarding Defendant's Rule 11 motion for sanctions, they must respond by **December 20, 2024** to that motion (Dkt. No. 23) or seek leave to respond by that date. (Dkt. No. 25.) As previously cautioned, if Plaintiffs fail to do so, the motion may be granted without further notice or the claims could be dismissed with prejudice under Rule 41(b) for failure to prosecute.

The Clerk shall mail a courtesy copy of this Order to Pioneer 74 Lots' corporate agent as listed in the California Secretary of State records (Chris Johnson, 2108 N. St., Ste. C, Sacramento, CA 95816), and to Martin Eng Lee at his address as alleged in the Complaint (953 Lombard Street, San Francisco, CA 94133).

**IT IS SO ORDERED.**

Dated: November 25, 2024

RITA F. LIN
United States District Judge