Jeffrey H. Lowenthal (State Bar No. 111763)
Jill K. Cohoe (State Bar No. 296844)
STEYER LOWENTHAL BOODROOKAS
 ALVAREZ & SMITH LLP
235 Pine Street, 15th Floor
San Francisco, California 94104
Telephone:   (415) 421-3400
Facsimile:   (415) 421-2234
E-mail:      jlowenthal@steyerlaw.com
             jcohoe@steyerlaw.com

Attorneys for Defendant
Byrne's Special Works, LLC

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| MARTIN ENG LEE, PIONEER 74 LOTS, LLC, | Case No. 3:24-cv-03629-RFL |
| Plaintiffs, | **DEFENDANT'S OBJECTION TO PLAINTIFFS' NOTICE OF VOLUNTARY DISMISSAL (ECF #28) AND REQUEST FOR RULING ON RULE 11 MOTION (ECF #23)** |
| v. | |
| BYRNE'S SPECIAL WORKS, LLC; and DOES 1-10, inclusive, | |
| Defendants. | Date:   January 7, 2025<br>Time:   10:00 a.m.<br>Ctrm:   15 |

Defendant Byrne's Special Works LLC ("Defendant") hereby objects to the Notice of Voluntary Dismissal (ECF #28) filed by Martin Eng Lee ("Eng") in pro per and purportedly on behalf of plaintiff Pioneer 74 Lots, LLC ("Pioneer 74" and collectively, "Plaintiffs").  Defendant requests that the Court set aside the improperly filed Notice of Voluntary Dismissal and issue a ruling on Defendant's Motion for Rule 11 Sanctions (ECF #23) ("Sanctions Motion"), currently set for hearing on January 7, 2025.

Eng has been declared a vexatious litigant and is barred from representing himself in pro per.  *See* ECF #24-4; *Eng v. Washington Mutual Bank,* 586 F.App'x 376 (9th Cir. 2014). Eng also cannot act on behalf of Pioneer 74, as he is not a licensed attorney. *D-Beam Ltd. P'ship v. Roller Derby Skates, Inc.,* 366 F.3d 972, 973-74 (9th Cir. 2004); Civ. L.R. 3-9(b); *see also* ECF #22. Therefore, because Eng cannot represent himself or Pioneer 74 in this action, the Notice of Voluntary Dismissal is invalid and should be set aside.

Even if the dismissal were valid, the Court nevertheless retains jurisdiction to rule on the Sanctions Motion.  *Cooter & Gell v. Hartmarx Corp.,* 496 US 384, 395 (1990); *Greenberg v. Sala,* 822 F.2d 882, 885 (9th Cir. 1987).  As explained in the Sanctions Motion, the filing of the Complaint was objectively frivolous and subjectively in bad faith – Defendant's ownership of the at-issue property was conclusively litigated in an earlier state court action; there is no subject matter jurisdiction; all purported claims are barred by the statute of limitations; and no viable claim is stated under any legal theory.  Further, as previously recognized by this Court, Eng has a history of "engag[ing] in the litigation version of asymmetrical warfare," as he knows that he can file complaints for little cost and require defendants to "expend tens of thousands of dollars defending even nuisance suits." *Eng v. Marcus & Millichap Co.,* 2011 WL 2175207 (N.D. Cal. June 3, 2011) at *3.  Therefore, because "the harm triggering Rule 11's concerns has already occurred," not only should monetary sanctions be awarded to Defendant, but the Complaint should be dismissed with prejudice. *Cooter*, *supra,* 496 U.S. at 396-97.

\ \ \

\ \ \

DEFENDANT'S OBJECTION TO PLAINTIFFS' NOTICE OF VOLUNTARY DISMISSAL (ECF #28) AND REQUEST FOR RULING ON RULE 11 MOTION (ECF #23)          CASE NO. 3:24-CV-03629-RFL
2125916.1 - KEANE.BYRNE(ENGII)

Respectfully submitted,

Dated: December 23, 2024                    STEYER LOWENTHAL BOODROOKAS
                                            ALVAREZ & SMITH LLP


By:_____
    Jeffrey H. Lowenthal
    Jill K. Cohoe
    Attorneys for Defendant
    Byrne's Special Works, LLC

---

2

DEFENDANT'S OBJECTION TO PLAINTIFFS' NOTICE OF VOLUNTARY DISMISSAL (ECF #28)
AND REQUEST FOR RULING ON RULE 11 MOTION (ECF #23)          CASE NO. 3:24-CV-03629-RFL
2125916.1 - KEANE.BYRNE(ENGII)

## CERTIFICATE OF SERVICE

*Martin Eng Lee, Pioneer 74 Lots v. Byrne's Special Work, LLC, et al.*
United District Court-Northern District, Case No. 3:24-cv-03629-RFL

I am a citizen of the United States, over the age of eighteen years, and not a party to the within action.  I am employed in the County of San Francisco, State of California, and my business address is Steyer Lowenthal Boodrookas Alvarez & Smith LLP, 235 Pine Street, 15th Floor, San Francisco, California 94104.

On the date set forth below, I served a true and correct copy of the following document(s):

**DEFENDANT'S OBJECTION TO PLAINTIFFS' NOTICE OF VOLUNTARY DISMISSAL (ECF #28) AND REQUEST FOR RULING ON RULE 11 MOTION (ECF #23)**

[x]    By transmitting the above documents to the Clerk's Office using the CM/ECF System for filing and transmittal of a Notice of Electronic Filing to CM/ECF registrants.

I certify under penalty of perjury under the laws of the United States of America that the foregoing is true and correct.

Executed on December 23, 2024



Patricia Spencer

PROOF OF SERVICE                                                                    CASE NO. 3:24-CV-03629

2120381.1 - KEANE.BYRNE(ENGII)