UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| MARTIN ENG LEE, et al., | Case No. 24-cv-03629-RFL |
| Plaintiffs, | |
| v. | **ORDER** |
| | Re: Dkt. Nos. 23, 28, 29 |
| BYRNES SPECIAL WORKS, LLC, | |
| Defendant. | |

Plaintiffs may voluntarily dismiss this action because they filed their notice of voluntary dismissal before service of an answer or a motion for summary judgment. *See* Fed. R. Civ. P. 41(a)(1). Plaintiffs' request for voluntary dismissal is therefore **GRANTED**. Accordingly, Defendant's motion to dismiss is **TERMINATED AS MOOT**.

Despite Plaintiffs' voluntary dismissal, the Court still retains jurisdiction to decide Defendant's Rule 11 motion for sanctions. *See Williamson Fam. Tr. v. CIT Grp./Consumer Fin., Inc.*, 205 F. App'x 616, 617 (9th Cir. 2006). However, in view of Plaintiffs' pro se status, the Court will temporarily withhold ruling on that motion. If Plaintiffs file any further suits against Defendant stemming from the 2011 foreclosure sale or the 939 Lombard Street property that are dismissed, Defendant may provide the Court with a status report citing the case number of any such suits, and the Court will consider that information in determining whether to impose monetary sanctions in this matter. On the other hand, if Plaintiffs have not done so as of **March 26, 2025**, the Court is inclined to deny the motion for sanctions. The hearing on the motion for

1

sanctions, set for January 7, 2025, is **VACATED**.

The Clerk shall mail a courtesy copy of this Order to Pioneer 74 Lots, LLC's corporate agent as listed in the California Secretary of State records (Chris Johnson, 2108 N. St., Ste. C, Sacramento, CA 95816), and to Martin Eng Lee at his address as alleged in the Complaint (953 Lombard Street, San Francisco, CA 94133).

**IT IS SO ORDERED.**


Dated: December 26, 2024

RITA F. LIN
United States District Judge