UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

|  |  |
|---|---|
| MARTIN ENG LEE, et al.,<br><br>             Plaintiffs,<br><br>      v.<br><br>BYRNES SPECIAL WORKS, LLC,<br><br>             Defendant. | Case No.  24-cv-03629-RFL<br><br>**ORDER DENYING MOTION FOR SANCTIONS**<br><br>Re: Dkt. No. 23 |

For the reasons previously stated (Dkt. No. 31), Defendant's request for attorneys' fees and costs under Federal Rule of Civil Procedure 11 is **DENIED.**

        **IT IS SO ORDERED.**

Dated: April 1, 2025

RITA F. LIN
United States District Judge

1